IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:23-CR-13-MR-WCM

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| PAUL GORDON DAY, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

This matter is before the Court on two *pro se* letters submitted by Defendant – a letter filed on June 29, 2023 that pertains to Defendant's current confinement at the Cherokee County Detention Center (Doc. 27) and a letter filed on July 5, 2023 that requests the Court conduct "another Federal Detention Hearing…." (Doc. 28).

The Court will construe both letters as being motions.

Local Criminal Rule 47.1 provides in pertinent part as follows:

> **(g) *Pro Se Motions Filed By Criminal Defendants Who Have Not Waived Their Right to Counsel*.** Except for challenges to the effective assistance of counsel, the Court will not ordinarily entertain a motion filed by a criminal defendant who is still represented by counsel and has not formally waived the right to counsel in the presence of a judicial officer after being fully advised of the consequences of waiver. Exceptions to this general rule may be made in the discretion of the judicial officer considering the *pro se* motion.

1

Previous *pro se* requests that Defendant has submitted in this case have been denied for violating this rule. See e.g., Docs. 13, 14, 17.

As Defendant remains represented by counsel, his current *pro se* motions will likewise be denied. Defendant is advised that any future *pro se* filings that do not comply with the Local Rules or the Federal Rules of Criminal Procedure may be summarily denied or stricken.

It is so ordered.

Signed: July 7, 2023

W. Carleton Metcalf
United States Magistrate Judge