## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:23-CR-00013-MR-WCM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| PAUL GORDON DAY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter came before the Court on August 28, 2023 for a status conference during which the undersigned addressed: 1) scheduling issues with regard to evidentiary hearings and oral arguments concerning Defendant's pending motions to suppress, Docs. 33, 34, 35, 36; and 2) *pro se* letters from Defendant that were docketed on August 21, 2023. Docs. 44, 45, 46. This Order memorializes the Court's oral ruling on Defendant's *pro se* letters.

Both the Government and defense counsel stated that they had no concerns regarding Defendant's competency at this time.

Accordingly, to the extent that Defendant's recent *pro se* letters (Docs. 44, 45, 46) can be construed as motions, they are **DENIED**. See Order filed on July 7, 2023 (Doc. 29).

1

Defendant is admonished that he should not submit further *pro se* filings except for those that are expressly authorized by the Local Rules or the Federal Rules of Criminal Procedure. Should he have questions in that regard, Defendant is encouraged to confer with his attorney about those matters.

It is so ordered.

W. Carleton Metcalf
United States Magistrate Judge

Signed: August 28, 2023