IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:23-CR-00013-MR-WCM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| PAUL GORDON DAY, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on three (3) *pro se* letters ("Letters") submitted by Defendant. Docs. 67, 68, 69. The Court will construe the Letters as being motions.

On October 24, 2023, the Court granted Defendant's request to represent himself and appointed standby counsel. Doc. 64. The Letters were filed on October 30, 2023 and November 2, 2023, respectively.

A response by the Government is not required by the Local Rules as the Letters do not appear to seek potentially dispositive relief. See LCrR 47.1(d). Nonetheless, the undersigned finds that a response would be appropriate.

Accordingly, the Government is **DIRECTED** to file a response to the Letters on or before November 13, 2023.

It is so ordered.

Signed: November 3, 2023

W. Carleton Metcalf
United States Magistrate Judge