IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:23-CR-00013-MR-WCM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| PAUL GORDON DAY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on a *pro se* letter submitted by Defendant. Doc. 83.

A portion of the letter references Defendant's interest in accessing a computer, while another brief section could be read as suggesting Defendant is requesting that his previous detention hearing be re–opened. Doc. 83 at 1–2. The Court has addressed these issues in response to other recent filings by Defendant. Doc. 84. Consistent with that ruling, Defendant's requests regarding these topics are denied.

Defendant also asks the Court to "look into [his] case's E-discovery" and says that "the case may not hold federal jurisdiction." Doc. 83 at 1. Defendant states that "PNC's FDIC certificate is not current" but provides no supporting authority or other argument about this issue.

Local Criminal Rule 47.1(a) requires that, unless they are made during a hearing or trial, all motions "must state with particularity the grounds of the

1

motion and the relief or order sought." Defendant's request does not meet this standard and therefore will be denied.

Finally, Defendant's numerous *pro se* filings suggest that Defendant may believe that by writing down short statements or ideas and filing them with the Clerk, the Court will "look into" matters on his behalf. The undersigned is prepared to continue to address pretrial issues as appropriate in this case but reminds Defendant, who has chosen–against the Court's recommendation–to represent himself, that he is responsible for defending the charges he is facing and, in doing so, is expected to comply with the Federal Rules of Criminal Procedure and the Local Rules of this Court.

Accordingly, the requests in Defendant's *pro se* letter (Doc. 83) are **DENIED** as stated herein.

It is so ordered.

Signed: November 29, 2023

W. Carleton Metcalf
United States Magistrate Judge