THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:23-cr-00013-MR-WCM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> PAUL GORDON DAY, ) <br> ) <br> Defendant. ) <br> _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Defendant's letters [Docs. 127, 128].

In his first letter, the Defendant appears to seek a transfer to a federal medical facility. [Doc. 127]. This letter, however, is unsigned. In his second letter, the Defendant appears to request that this action be dismissed and subsequently prosecuted at the state level. [Doc. 128].

The Defendant is advised that a party cannot seek relief through the filing of letters; only motions will be ruled on by the Court. The Defendant is warned that future filings that are deficient in this respect will be disregarded. If the Defendant wishes to seek affirmative relief from the Court, he must do so through a motion that is signed by the Defendant and sets forth the caption and case number of the action.

**IT IS, THEREFORE, ORDERED** that the Defendant's letters shall remain on the docket as correspondence and shall require no further response from the Court.

**IT IS SO ORDERED.**

Signed: June 26, 2024

Martin Reidinger
Chief United States District Judge